# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 86 |
| | : | |
| APPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD OF | : | |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2024, Douglas E. Ress, Esquire, Philadelphia, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years, commencing April 1, 2024.